# Third District Court of Appeal

## State of Florida

Opinion filed April 1, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2225
Lower Tribunal No. F19-8128B
_____

**Byron Turner,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Byron Turner, in proper person.

James Uthmeier, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before LINDSEY, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.